IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BERGMAN, et al. | : | 02-4499 |
| HILL, JR., et al. | : | 02-4537 |
| MARTIN, et al. | : | 02-4599 |
| BARRERA | : | 02-4791 |
| BAUDENDISTEL, et al. | : | 02-4837 |
| BONGIOVANNI, et al. | : | 02-4844 |
| BRADLEY, et al. | : | 02-4899 |
| BORGES, et al. | : | 02-4902 |
| BOBIC | : | 02-4907 |
| BEHBAHANI, et al. | : | 02-4929 |
| BIELOW | : | 02-4954 |
| GALVAN, et al. | : | 02-4995 |
| FLORES, et al. | : | 02-5009 |
| GILINSKY, et al. | : | 02-5044 |
| COX | : | 02-5063 |
| FEDORUK, et al. | : | 02-5081 |
| FEDALIZO, et al. | : | 02-5098 |
| FUCHS, et al. | : | 02-5111 |
| HAYS, et al. | : | 02-5133 |
| WILSON | : | 02-5184 |
| ZEAKEN | : | 02-5195 |
| VU, et al. | : | 02-5211 |
| THOMPSON | : | 02-5214 |
| WEAVER, et al. | : | 02-5247 |
| LEWIS | : | 02-5258 |
| CAMPBELL, et al. | : | 02-5297 |
| FORRER, et al. | : | 02-5307 |
| CHAIREZ, et al. | : | 02-5343 |
| BULLOCK, et al. | : | 02-5362 |
| LAGASCA | : | 02-5396 |
| SMITH | : | 02-5427 |
| ROLLER | : | 02-5465 |
| REAGAN | : | 02-5537 |
| REESE | : | 02-5545 |
| CURTIS | : | 02-5586 |
| HANSON, et al. | : | 02-5606 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# O R D E R

AND NOW, this            day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

ORDERED that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

FURTHER ORDERED that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____

**William H. Yohn, Jr., Judge**